So Ordered.

Dated: October 6th, 2016

Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re: ) NO. 15-02005-FPC11
)
MARION MICHELLE MACKEY MARCUM, )
dba WEST RICHLAND MUNICIPAL ) FINDINGS OF FACT AND
GOLF COURSE, ) CONCLUSIONS OF LAW
        Debtor. )
)

THIS MATTER having come on for hearing before the HONORABLE FREDERICK P. CORBIT, United States Bankruptcy Judge for the Eastern District of Washington, by telephone conference on June 30, 2016, the Debtor appearing in person and by and through her attorney of record JAMES P. HURLEY, of Hurley & Lara, and the CITY OF WEST RICHLAND being represented by DILLON E. JACKSON, of Foster Pepper PLLC, and the Court having considered the Debtor's Third Amended Chapter 11 Plan With Disclosures filed in this matter on May 18, 2016, the argument of counsel and the testimony of the Debtor MICHELLE MARCUM, now makes the following:

### FINDINGS OF FACT

1. Debtor's Third Amended Plan of Reorganization was filed May 18, 2016; and

2. The Court entered an Order conditionally approving the Disclosures contained in the

FINDINGS OF FACT AND
CONCLUSIONS OF LAW

-1-

HURLEY &LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

15-02005-FPC11   Doc 153   Filed 10/06/16   Entered 10/06/16 13:16:30   Pg 1 of 5

Third Amended Plan on May 23, 2016; and

    3.    Notice of Debtor's filing of Third Amended Plan With Disclosures and Ballots were mailed to all creditors and all parties in interest on May 25, 2016; and

    4.    The Third Amended Plan has been accepted in writing by the creditors and equity security holders, whose acceptance is required by law; specifically, the Plan was accepted by Classes 5, 6, 8, 9, 11 and 13, in accordance with their Ballots filed with the Court; and

    5.    The provisions of Chapter 11 of the United States Code have been complied with and the Plan has been proposed in good faith and not by any means forbidden by law; and

    6.    That (a) each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor was liquidated under Chapter 7 of the Code on such date, or (b) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interest that is impaired under the Plan, and has not accepted the Plan; and

    7.    All payments made or promised by the Debtor, or by a person issuing securities or acquiring property under the Plan, or by any other person for services or for costs and expenses, in or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable and are hereby approved or, if to be fixed after confirmation by the Plan, will be subject to approval of the Court; and

    8.    Confirmation of the Plan is not likely to be followed by liquidation or need for further financial reorganization of the Debtor; and

    9.    That pursuant to the Plan, the following acts or events constitutes substantial

15-02005-FPC11    Doc 153    Filed 10/06/16    Entered 10/06/16 13:16:30    Pg 2 of 5

consummation of the Plan: Seventy-five (75) days following confirmation, provided the Debtor has made all installments provided by this Plan to be paid within that time; and

10. Creditors were given Notice of Confirmation and no objections thereto were made, or if made, have been resolved or overruled and it is proper that the Debtor's Plan be confirmed.

Based upon the foregoing Findings of Fact, the Court now makes the following:

## CONCLUSIONS OF LAW

1. Subject to the terms of the Confirmation Order and the Findings of Fact, the Plan has been accepted in writing by the creditors and equity security holders, whose acceptance is required by law; and

2. The Disclosures contained in the Plan are adequate; and

3. The provisions of Chapter 11 have been complied with; the Plan has been proposed in good faith and not by any means forbidden by law; and

4. (i) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value as of the effective date of the Plan that is not less than the amount that such holder would receive or retain if Debtor were liquidated under Chapter 7 of the Code on such date; or

(ii) The Plan does not discriminate unfairly and is fair and equitable with respect to each class of claims or interest that are impaired under the Plan and has not accepted the Plan; and

5. All payments made or promised by the Debtor or by the person issuing securities or

FINDINGS OF FACT AND
CONCLUSIONS OF LAW    -3-    HURLEY &LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

15-02005-FPC11    Doc 153    Filed 10/06/16    Entered 10/06/16 13:16:30    Pg 3 of 5

acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable or, if to fixed after Confirmation of the Plan, will be subject to approval of the Court; and

6. The identity, qualifications and affiliations of the persons who are to be the manager managers of the Debtor after confirmation of the Plan have been fully disclosed, and the appointment of such persons to such offices or to the continued appointment of such persons to such offices, or their continuance therein, is equitable and consistent with the interest of the creditors and equity security holders and with public policy; and

7. The identity of any insider that will be employed or retained by the Debtor and their compensation has been fully disclosed; and

8. Confirmation of the Plan is not likely to be followed by liquidation or the need for further financial reorganization of the Debtor;

9. Substantial confirmation shall not occur before the seventy-fifth (75th) day after the effective date; and

10. Debtor's Third Amended Plan shall be confirmed.

//////// END OF ORDER ////////

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
-4-
HURLEY &LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

15-02005-FPC11    Doc 153    Filed 10/06/16    Entered 10/06/16 13:16:30    Pg 4 of 5

Presented by:

s/ James P. Hurley
JAMES P. HURLEY     WSBA #6615
Attorney for Debtor


APPROVED:

s/ James D. Perkins
JAMES D. PERKINS    WSBA #12996
Attorney for the U.S. TRUSTEE



s/ Dillon E. Jackson
DILLON E. JACKSON   WSBA #1539
FOSTER PEPPER PLLC
Attorney for City of West Richland

FINDINGS OF FACT AND                -5-                    HURLEY &LARA
CONCLUSIONS OF LAW                                         Attorneys at Law
                                                           411 North 2nd Street
                                                           Yakima, WA 98901
                                                           (509)248-4282

15-02005-FPC11    Doc 153    Filed 10/06/16    Entered 10/06/16 13:16:30    Pg 5 of 5